UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:18-cr-00287 |
| | ) | JUDGE RICHARDSON |
| PRENTICE CALLOWAY | ) | |

## ORDER RESCHEDULING STATUS CONFERENCE

The status conference in this case currently scheduled for August 30, 2019 at 11:30 a.m. is rescheduled to **September 4, 2019 at 11:00 a.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE