# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRENTICE CALLOWAY | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  3:18-CR-00287<br>USM No. 25898-075<br><br>Leonard Lucas<br>_____<br>Defendant's Attorney |

**THE DEFENDANT:**

☐   admitted guilt to violation of condition(s) _____ of the term of supervision.

☑   was found in violation of condition(s) count(s)  1, 2 and 3_____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Commission of a state or federal crime | 10/16/2025 |
| 2 | Unlawful possession of a firearm | 06/27/2025 |
| 3 | Unlawful use of a controlled substance | 10/18/2024 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7471

Defendant's Year of Birth:     1965

City and State of Defendant's Residence:
Nashville, Tennessee

03/10/2026
Date of Imposition of Judgment

*Eli Richardson*
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

March 16, 2026
Date

DEFENDANT: PRENTICE CALLOWAY
CASE NUMBER. 3 18-CR-00287

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of .

12 months and 1 day

☑  The court makes the following recommendations to the Bureau of Prisons.

Designation to a federal medical center, if found to be appropriate.

☑  The defendant is remanded to the custody of the United States Marshal

☐  The defendant shall surrender to the United States Marshal for this district·

    ☐  at _____ ☐ a m  ☐ p m  on _____ .

    ☐  as notified by the United States Marshal

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p m  on _____

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page   3   of   3

DEFENDANT.  PRENTICE CALLOWAY
CASE NUMBER:  3 18-CR-00287

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of .

No term of supervised release to follow